UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DENISE L. HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00101-HEA |
| | ) |
| FELIX VINCENZ, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Self-represented Plaintiff Denise Holman commenced this civil action in December 2024, alleging violations of her civil rights by defendants associated with the Missouri Department of Mental Health. ECF No. 1. On March 27, 2025, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and directed that Plaintiff file an amended complaint within thirty (30) days. ECF No. 4. The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of the case without further notice. Plaintiff's response was due by April 28, 2025.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's March 27, 2025, Order and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition

of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 12th day of May, 2025.

                    HENRY EDWARD AUTREY
                   UNITED STATES DISTRICT JUDGE